Writ of Mandamus Denied, Opinion issued November 14, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01423-CV

### IN RE JAMES FLANAGAN, Relator

Original Proceeding from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. 09-12879

## MEMORANDUM OPINION

Before Justices Moseley, FitzGerald, and Myers
Opinion by Justice FitzGerald

Relator contends the trial judge erred in refusing to disqualify Terry Grewing as counsel for real parties in interest. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

KERRY P. FITZGERALD
JUSTICE

121423F.P05